UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIA NGEGBA,<br><br>       *Plaintiff*,<br><br>-against-<br><br>ADAPT COMMUNITY NETWORK, et al.,<br><br>       *Defendants*. | 22-cv-10546 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **June 12, 2023**.

SO ORDERED.

Dated: May 12, 2023
     New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**